**FORTIETH JUDICIAL DISTRICT COURT**
**PARISH OF ST. JOHN THE BAPTIST**
**STATE OF LOUISIANA**

**VERNA P. WEAVER** **CASE NO.:** 70356

**VERSUS**

**WAL-MART STORES, INC. and**
**WAL-MART LOUISIANA, LLC** **DIVISION:** C

**************************************************************************

Eliana DeFrancesch - Clerk of Court
Filed: Mar 01, 2017 10:42 AM
131656688

**PETITION FOR DAMAGES**

NOW INTO COURT, through undersigned counsel, comes plaintiff **VERNA P. WEAVER** ("petitioner" or "Weaver"), a person of the full age of majority and a resident of St. Charles Parish, Louisiana, who respectfully represents:

1.

Made defendants herein are:

a. **WAL-MART STORES, INC.**, a Delaware corporation authorized to do business in the State of Louisiana, whose registered office in Louisiana is located at 3867 Plaza Tower Drive, Baton Rouge, LA 70816 and whose principle business establishment in Louisiana is located at 5615 Corporate Boulevard, Suite 400B, Baton Rouge, LA 70808. Wal-Mart Stores, Inc. may be served through its agent for service of process, CT Corporation System, 5615 Corporate Boulevard, Suite 400B, Baton Rouge, LA 70808; and

b. **WAL-MART LOUISIANA, LLC**, a Delaware limited liability company authorized to do business in the State of Louisiana, whose registered office in Louisiana is located at 3867 Plaza Tower Drive, Baton Rouge, LA 70816 and whose principle business establishment in Louisiana is located at 5615 Corporate Boulevard, Suite 400B, Baton Rouge, LA 70808. Wal-Mart Louisiana, LLC may be served through its agent for service of process, CT Corporation System, 5615 Corporate Boulevard, Suite 400B, Baton Rouge, LA 70808.

2.

Wal-Mart Stores, Inc. and Wal-Mart Louisiana, LLC are collectively referred to herein as "defendants."

3.

The above-named defendants are jointly, severally, and solidarily liable unto petitioner for damages sustained by petitioner as will be shown at trial and/or described hereinafter, together with legal interest from date of judicial demand until paid and for all costs of these proceedings for the following reasons:

4.



**PREVIOUSLY FILED BY FAX ON 23rd DAY OF 2/6, 20 17**

DEPUTY CLERK OF COURT

**EXHIBIT A**

At all times relevant to this petition defendants operated the premises known as Wal-Mart Store number 961, located at 1616 W. Airline Highway, LaPlace, Louisiana 70068.

5.

On or about February 23, 2015, petitioner, Verna P. Weaver, an 87-year-old woman, traveled to the Wal-Mart Supercenter located at 1616 W. Airline Highway, LaPlace, Louisiana 70068 ("Wal-Mart") to shop for groceries.

6.

At all times during the incidents forming the basis of this action, petitioner was a patron and a business invitee of the premises operated by defendants.

7.

While she was shopping, Weaver was instructed by defendants' employees to proceed to the back of the premises where patrons were being gathered due to severe weather in the vicinity of the Wal-Mart.

8.

While Weaver and other patrons were gathered at the rear of the premises, the roof and front entrance area of the Wal-Mart sustained damage, permitting water to enter the premises and pool upon the floor.

9.

The damage in and around the Wal-Mart premises also resulted in a loss of electricity to the Wal-Mart, rendering the premises completely dark with the exception of a small amount of daylight that entered near the store's entrance.

10.

After the weather subsided, defendants' employees instructed Weaver to exit the premises through the damaged front entrance.

11.

Petitioner at all times utilized the Wal-Mart premises in a careful, prudent manner and complied with all instructions given by Defendants' employees while exercising reasonable care for her own safety and well-being.

12.

Defendants and their employees were aware or should have been aware of the hazardous situation presented by the lack of electricity and presence of pooled water prior to instructing

Weaver to exit through the front entrance of the store.

13.

Despite being aware of the unreasonable danger posed to its patrons, defendants' employees did nothing to remediate the hazardous situation presented by the pooled water and lack of electricity, nor did the employees take any action to alert Weaver to the existence of hazardous conditions in the area to which she was being directed.

14.

The presence of the pooled water on the premises was not readily discernible given the lack of lighting, and no signs, caution tape, or other reasonable means were used to alert patrons to the dangers then present.

15.

When Weaver attempted to exit the Wal-Mart per the instructions of defendants' employees, she encountered the pooled water, slipped, fell, and sustained significant injuries.

16.

Defendants are liable to petitioner for their negligence and for their failure to exercise reasonable care for the building and premises under their custody, care, and control pursuant to Articles 2315 and 2317.

17.

Defendants are further liable to petitioner for the damages caused by the ruin of the building and for their failure to keep the building in repair pursuant to Articles 2322 and 660 of the Louisiana Civil Code.

18.

Defendants are also vicariously liable to petitioner for the negligence of their employees, agents, and/or subcontractors pursuant to Article 2320 of the Louisiana Civil Code.

19.

Defendants breached duties of care owed to petitioner, which breaches include, but are not limited, to the following:

a. Failure to properly manage and maintain a safe environment for patrons of defendants' store;

b. Failure to take reasonable precautions or provide adequate safety measures for the safety of patrons such as petitioner;

c. Failure to discover and/or correct an existing dangerous condition;

d. Failure to make reasonable efforts to warn invitees such as petitioner of unreasonably dangerous conditions present on their business premises;

e. Failure to provide business invitees, such as petitioner, with a safe means of egress;

f. Failure to maintain the premises in accordance with municipal, state, and other applicable codes;

g. Failure to properly train and/or supervise employees regarding reasonable precautions which may have been taken to avoid injuries such as petitioner's;

h. Giving express or implied authorization to engage in unsafe practices which are likely to result in injury;

i. Failure to properly inspect and implement management, maintenance, janitorial, and/or safety procedures at the premises;

j. Any and all other acts and/or omissions that may be discovered and shown at the trial of this matter.

20.

The injuries Weaver sustained as a result of the slip and fall on defendants' premises necessitated medical treatment including, but not limited to, surgery to repair a fractured vertebra, which Weaver underwent on or about May 12, 2016.

21.

Weaver experienced significant pain, suffering, mental anguish, and other injuries that will be shown at the trial of this matter due to the slip and fall on defendants' premises.

22.

The acts and omissions committed by defendants' employees which caused petitioner's injuries were: (1) primarily rooted in the performance of their duties as employees of defendants; (2) incidental to the performance of their duties as employees of defendants; (3) committed on premises which were in defendants' care, custody, and control; and (4) committed during the hours of their employment.

23.

As a result of the incident described herein, petitioner sustained the following non-exclusive damages:

a. Past, present and future physical pain, suffering and loss of function;

b. Past, present and future mental anguish, pain, and suffering;

c. Past, present and future medical expenses which include, but are not limited to, rehabilitation costs, doctor bills, hospital bills, medical tests, pharmaceutical bills, laboratory examinations, physical examination costs, and diagnostic studies.

d. Permanent disability to the musculature, ligaments, and/or bones of the body and permanent scarring and/or disfigurement;

e. Any and all other damages, including but not limited to general damages, to which petitioner establishes her entitlement at the trial of this matter.

24.

Petitioner has made amicable demand upon defendants to no avail.

**WHEREFORE,** premises considered, petitioner VERNA P. WEAVER prays that defendants, WAL-MART STORES, INC. and WAL-MART LOUISIANA, LLC be served and cited with this petition and, after all legal delays and due proceedings had, there be judgment herein in favor of petitioner, VERNA P. WEAVER, and against defendants, WAL-MART STORES, INC. and WAL-MART LOUISIANA, LLC, for all damages as prayed for herein, together with legal interest from the date of judicial demand, until paid; for all costs of these proceedings; and for any and all other general and equitable relief to which petitioner may be entitled.

Respectfully Submitted,

**DONAHUE LAW FIRM**

**TERRENCE J. DONAHUE, JR.**
Bar Roll Number 32126
15476 Old Hammond Hwy.
Post Office Box 41017
Baton Rouge, Louisiana 70835
Phone: (225) 939-9104
Fax: (225) 612-6430

**SERVICE INFORMATION:**

**WAL-MART STORES, INC.**
Through its agent for service of process:
CT Corporation System
5615 Corporate Boulevard
Suite 400B
Baton Rouge, LA 70808

**WAL-MART LOUISIANA, LLC**
Through its agent for service of process:
CT Corporation System
5615 Corporate Boulevard
Suite 400B
Baton Rouge, LA 70808

I HEREBY CERTIFY THAT THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE AND OF RECORD IN MY OFFICE

DY. CLERK OF COURT
PARISH OF ST. JOHN THE BAPTIST, LA
DATE 3-1-17

CT Corporation

# Service of Process Transmittal

03/07/2017
CT Log Number 530818536

**TO:** Kim Lundy Service of Process, Legal Support Supervisor
Wal-Mart Stores, Inc.
702 SW 8th St, MS#0215
Bentonville, AR 72716-6209

**RE:** **Process Served in Louisiana**

**FOR:** Wal-Mart Stores, Inc. (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Weaver Verna P., Pltf. vs. Wal-Mart Stores, Inc. and Wal-Mart Louisiana, LLC, Dfts. |
| **DOCUMENT(S) SERVED:** | Citation, Petition |
| **COURT/AGENCY:** | ST. JOHN THE BAPTIST; 40TH JUDICIAL DISTRICT COURT, LA<br>Case # 70356 |
| **NATURE OF ACTION:** | Personal Injury - Failure to Maintain Premises in a Safe Condition - 02/23/2015 - 1616 W. Airline Highway, LaPlace, Louisiana 70068 |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Baton Rouge, LA |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 03/07/2017 at 08:50 |
| **JURISDICTION SERVED :** | Louisiana |
| **APPEARANCE OR ANSWER DUE:** | Within 15 days after service |
| **ATTORNEY(S) / SENDER(S):** | Terrence J. Donahue, Jr.<br>Donahue Law Firm<br>15476 Old Hammond Hwy.<br>Post Office Box 41017<br>Baton Rouge, LA 70835<br>225-939-9104 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 03/08/2017, Expected Purge Date: 03/13/2017<br><br>Image SOP<br><br>Email Notification, Kim Lundy Service of Process ctlawsuits@walmartlegal.com |
| **SIGNED:**<br>**ADDRESS:** | C T Corporation System<br>3867 Plaza Tower Dr.<br>Baton Rouge, LA 70816-4378 |
| **TELEPHONE:** | 954-473-5503 |



Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

**EXHIBIT B**

D55361836

# CITATION

VERNA P. WEAVER

VS

WAL-MART STORES, INC and
WALMART LOUISIANA, L.L.C
DOCKET NUMBER: C-70356

40TH JUDICIAL DISTRICT COURT

PARISH OF ST.JOHN THE BAPTIST

STATE OF LOUISIANA

---

**To:** **WAL-MART STORES, INC.**
**THRIUGH ITS AGENT FOR SERVICE OF PROCESS**
**C T CORPORATION**
**5615 CORPORATE BOULEVARD**
**SUITE 400B**
**BATON ROUGE LA 70808**

**Parish: BATON ROUGE**

---

You are hereby summoned to comply with the demand contained in the Petition of which a true and correct copy accompanies this citation, or make an appearance either by filing an Answer or other pleading to said Petition, in the Fortieth Judicial District Court in and for the Parish of St. John the Baptist, State of Louisiana, within fifteen (15) days after the service hereof, under penalty of default.

This service was ordered by **ATTY. TERRENCE J. DONAHUE JR.** and was issued by the Clerk of Court on the **MARCH 1, 2017**

* Also attached are the following documents:
**PETITION FOR DAMAGES**

***ANDREA D. FAVORITE***
Deputy Clerk of Court for
Eliana DeFrancesch, Clerk of Court

RECEIVED ON THE ______ DAY OF __________, 20______ AND ON THE ______ DAY OF __________, 20______ SERVED THE ABOVE NAMED PARTY AS FOLLOWS:

PERSONAL SERVICE ON THE PARTY HEREIN NAMED ____________________.

DOMICILIARY SERVICE ON THE PARTY HEREIN NAMED BY LEAVING THE SAME AT HIS DOMICILE IN THE PARISH IN THE HANDS OF ______________________________, A PERSON APPARENTLY OVER THE AGE OF SEVENTEEN YEARS, LIVING AND RESIDED IN SAID DOMICILE AND WHOSE NAME AND OTHER FACTS CONNECTED WITH THIS SERVICE, I LEARNED BY INTERROGATING THE SAID PERSON, SAID PARTY HEREIN BEING ABSENT FROM HIS RESIDENCE AT THE TIME OF SAID SERVICE.

RETURNED: PARISH OF ____________________ THIS __________ DAY OF __________, 20____.

SERVICE $__________
MILEAGE $__________
TOTAL $__________

BY: ____________________
DEPUTY SHERIFF

ORIGINAL – RETURN    COPY – SERVICE    COPY - CLERK

CT Corporation

**Service of Process Transmittal**
03/07/2017
CT Log Number 530817838

**TO:** Kim Lundy Service of Process, Legal Support Supervisor
Wal-Mart Stores, Inc.
702 SW 8th St, MS#0215
Bentonville, AR 72716-6209

**RE:** **Process Served in Louisiana**

**FOR:** Wal-Mart Louisiana, LLC (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Weaver Verna P., Pltf. vs. Wal-Mart Stores, Inc. and Wal-Mart Louisiana, LLC, Dfts. |
| **DOCUMENT(S) SERVED:** | Citation, Petition |
| **COURT/AGENCY:** | ST. JOHN THE BAPTIST; 40TH JUDICIAL DISTRICT COURT, LA<br>Case # C70356 |
| **NATURE OF ACTION:** | Personal Injury - Failure to Maintain Premises in a Safe Condition - 02/23/2015 - Wal-Mart Stores number 961, 1616 W. Airline Highway, Laplace, LA 70068 |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Baton Rouge, LA |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 03/07/2017 at 08:50 |
| **JURISDICTION SERVED :** | Louisiana |
| **APPEARANCE OR ANSWER DUE:** | Within 15 days after service |
| **ATTORNEY(S) / SENDER(S):** | Terrence J. Donahue, Jr.<br>Donahue Law Firm<br>15476 Old Hammond Hwy.<br>Post Offices Box 41017<br>Baton Rouge, LA 70835<br>225-939-9104 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 03/08/2017, Expected Purge Date: 03/13/2017<br><br>Image SOP<br><br>Email Notification, Kim Lundy Service of Process ctlawsuits@walmartlegal.com |
| **SIGNED:** | C T Corporation System |
| **ADDRESS:** | 3867 Plaza Tower Dr.<br>Baton Rouge, LA 70816-4378 |
| **TELEPHONE:** | 954-473-5503 |



Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

D55361828

# CITATION

VERNA P. WEAVER

VS

WAL-MART STORES, INC and
WALMART LOUISIANA, L.L.C
DOCKET NUMBER: C-70356

40TH JUDICIAL DISTRICT COURT

PARISH OF ST.JOHN THE BAPTIST

STATE OF LOUISIANA

---

**To:** **WAL-MART LOUISIANA, LLC**
**THROUGH ITS AGENT FOR SERVICE OF PROCESS:**
**CT CORPORATION SYSTEM**
**5615 CORPORATE BOULEVARD**
**SUITE 400B**
**BATON ROGUE LA 70808**

**Parish: BATON ROUGE**

---

You are hereby summoned to comply with the demand contained in the Petition of which a true and correct copy accompanies this citation, or make an appearance either by filing an Answer or other pleading to said Petition, in the Fortieth Judicial District Court in and for the Parish of St. John the Baptist, State of Louisiana, within fifteen (15) days after the service hereof, under penalty of default.

This service was ordered by **ATTY. TERRENCE J. DONAHUE JR.** and was issued by the Clerk of Court on the **MARCH 1, 2017**

* Also attached are the following documents:
**PETITION FOR DAMAGES**

***ANDREA D. FAVORITE***
Deputy Clerk of Court for
Eliana DeFrancesch, Clerk of Court

RECEIVED ON THE ______ DAY OF ______, 20____ AND ON THE ______ DAY OF ______________, 20____ SERVED THE ABOVE NAMED PARTY AS FOLLOWS:

PERSONAL SERVICE ON THE PARTY HEREIN NAMED ______________.

DOMICILIARY SERVICE ON THE PARTY HEREIN NAMED BY LEAVING THE SAME AT HIS DOMICILE IN THE PARISH IN THE HANDS OF ______________________________, A PERSON APPARENTLY OVER THE AGE OF SEVENTEEN YEARS, LIVING AND RESIDED IN SAID DOMICILE AND WHOSE NAME AND OTHER FACTS CONNECTED WITH THIS SERVICE, I LEARNED BY INTERROGATING THE SAID PERSON, SAID PARTY HEREIN BEING ABSENT FROM HIS RESIDENCE AT THE TIME OF SAID SERVICE.

RETURNED: PARISH OF ______________________ THIS __________ DAY OF ______________, 20____.

SERVICE $____________
MILEAGE $____________
TOTAL $____________

BY:________________________
DEPUTY SHERIFF

ORIGINAL – RETURN COPY – SERVICE COPY - CLERK

**40TH JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. JOHN THE BAPTIST**

**STATE OF LOUISIANA**

**NO. 70356** **DIVISION "C"**

**VERNA P. WEAVER**

**VERSUS**

**WAL-MART STORES, INC. AND WAL-MART LOUISIANA, LLC**

Eliana DeFrancesch - Clerk of Court
Filed: Mar 24, 2017 10:40 AM
131713836

**FILED:** ______________________ ______________________

**DEPUTY CLERK**

**MOTION FOR EXTENSION OF TIME**

Defendants, Wal-Mart Stores, Inc. and Wal-Mart Louisiana, LLC, move this Court for an extension of time of thirty (30) days or until April 21, 2017, within which to plead and respond to plaintiff's Petition for Damages, for the reason that counsel has only recently been retained and additional time is required to conduct an investigation. No other extensions have been granted and no oppositions have been filed in the record.

**Respectfully submitted,**

**THOMAS P. ANZELMO (Bar No. 2533)**
**ISIDRO RENÉ DEROJAS (Bar No. 18182)**
**McCRANIE, SISTRUNK, ANZELMO,**
**HARDY, McDANIEL & WELCH**
909 Poydras Street, Suite 1000
New Orleans, LA 70112
Telephone: (504) 831-0946
Facsimile: (800) 977-8810
E-Mail: ird@mcsalaw.com
**ATTORNEYS FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing *pleading* has been served upon all counsel of record in this proceeding ☒ by e-mail, ☐ by facsimile, ☐ by hand, and/or ☒ by United States mail, properly addressed and postage prepaid, on this 22nd day of March, 2017.

**THOMAS P. ANZELMO**

**EXHIBIT C**

40TH JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. JOHN THE BAPTIST

STATE OF LOUISIANA

NO. 70356 DIVISION "C"

VERNA P. WEAVER

VERSUS

WAL-MART STORES, INC. AND
WAL-MART LOUISIANA, LLC

Eliana DeFrancesch - Clerk of Court
Filed: Mar 24, 2017 10:40 AM
131713877

FILED: ______________ ______________
DEPUTY CLERK

ORDER

Considering the foregoing Motion:

IT IS ORDERED that defendants, Wal-Mart Stores, Inc. and Wal-Mart Louisiana, LLC, be and are hereby granted an additional thirty (30) days or until April 21, 2017, within which to plead and respond to plaintiff's Petition for Damages.

Edgard, Louisiana, this 24 day of March, 2017.

s/ J. Sterling Snowdy
JUDGE

I HEREBY CERTIFY THAT THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE AND OF RECORD IN MY OFFICE
DY. CLERK OF COURT
PARISH OF ST. JOHN THE BAPTIST, LA
3-29-17
DATE