UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| VERNA P. WEAVER | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. 2:17-cv-02900-CJB-JVM |
| | * | |
| WAL-MART STORES, INC. and | * | |
| WAL-MART LOUISIANA, LLC | * | |

## STIPULATION

Plaintiff, Verna P. Weaver, through undersigned counsel, hereby stipulates that the plaintiff's damages in the captioned matter cannot exceed the sum of $75,000.00, exclusive of interest and costs.

Plaintiff, Verna P. Weaver, specifically waives, releases, and remits her claim to any damages greater than $75,000.00 and agrees that any judgment in excess thereof shall be reduced to $75,000.00 exclusive of interest and costs. Plaintiff, Verna P. Weaver, further agrees to be bound by this Stipulation in the original state proceeding, and that she is precluded from demanding damages greater than $75,000.00.

Respectfully Submitted,

**REBECCA K. WISBAR, #17655**
**DARRELL J. LOUP, #20926**
**AKERS & WISBAR, LLC**
8280 YMCA Plaza Drive, Bldg. 8-C
Baton Rouge, LA 70810
Telephone: (225) 767-1003
Facsimile: (225) 612-6430
*Counsel for Plaintiff*

**VERNA P. WEAVER**, *Plaintiff*